## Woodlawn Union Baptist Church et al., Appellants, v. Hamilton D. Martin et al., Appellees.

### Gen. No. 41,051.

opinion filed June 19, 1940. William H. Haynes and William H. Harrison, for appellants; no appearance for appellees. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. "Not to be published in full."